UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: AU:25-CR-00044(1)-ADA |
| § | |
| (1) JOSE APOLINAR § | |
| GUTIERREZ-VILLAFUERTE | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 24, 2025, wherein the defendant (1) JOSE APOLINAR GUTIERREZ-VILLAFUERTE waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE APOLINAR GUTIERREZ-VILLAFUERTE to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE APOLINAR GUTIERREZ-VILLAFUERTE's plea of guilty to Count One (1) is accepted.

Signed this 16th day of April, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE